UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
____

TUAREAN PARHAM,

        Plaintiff,              Case No. 2:22-cv-137

v.                                    Honorable Robert J. Jonker

B. MILLER et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Horton and Batho be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's Eighth and Fourteenth Amendment claims against remaining Defendants Miller, Soelter, Morse, Benson, Woodard, and Dole be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   September 23, 2022              /s/ Robert J. Jonker
                                                     Robert J. Jonker
                                                     United States District Judge