UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TUAREAN PARHAM #636733,

        Plaintiff,

                                              Case No: 2:22-cv-137

v.

                                              HON. ROBERT J. JONKER

B. MILLER et al,

        Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 11, 2025 (ECF No. 42).   The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

        **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 42) is **APPROVED** and **ADOPTED** as the opinion of the Court.

        **IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 37) is GRANTED.

        **IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:   March 4, 2025            /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE